**Order entered September 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00973-CV

### IN RE LOWELL DEQUINCY GREEN, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F89-97008-HT**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/     DAVID L. BRIDGES
JUSTICE